IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:17-cr-127 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| CODY LEWIS, | : | |
| Defendant. | | |

**ENTRY PLACING DEFENDANT
ON PREJUDGMENT PROBATION**

Upon Motion of Defendant Lewis, and for good cause shown, Defendant Lewis is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a).   The Court finds that Defendant Lewis has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Lewis on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including the following special conditions that Defendant Lewis: (1) participate in a mental health treatment program at the direction of her Probation Officer; Defendant Lewis shall make a co-payment for treatment services not to exceed $25.00 per month, which is determined by the Defendant's ability to pay; (2) submit to drug testing as directed by the Probation Officer; (3) participate in any requested field sobriety and/or chemical testing if stopped for an alcohol-related or drug-related offense. Any fine, costs of prosecution, and special assessment are WAIVED due to the imposition of the prejudgment probation sentence.   The imposition of prejudgment probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Lewis'

completion of the probationary period.


March 14, 2018

s/Sharon L. Ovington

Sharon L. Ovington
United States Magistrate Judge
